IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT MICHAEL ARDIS,
    Plaintiff,

vs.                                       Case No.: 3:15cv566/MCR/EMT

FLORIDA SUPREME COURT, et al.,
    Defendants.
_____/

## ORDER

Plaintiff, a non-prisoner proceeding pro se, commenced this action by filing a complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  Plaintiff has been ordered to file an amended complaint (*see* ECF No. 4).  Also pending is Plaintiff's Motion to Proceed in Forma Pauperis (ECF No. 2).  Good cause having been shown, leave to proceed in forma pauperis shall be granted.

Accordingly, it is **ORDERED**:

Plaintiffs' Motion to Proceed in Forma Pauperis (ECF No. 2) is **GRANTED**.

**DONE AND ORDERED** this 6th day of January 2016.

                                              /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **CHIEF UNITED STATES MAGISTRATE JUDGE**